

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00094-CV

Woodrow Wilson Miller Jr., et al.
v.
Jackson County, et al.

On Appeal from the
135th District Court of Jackson County, Texas
Trial Cause No. TAX8563

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be REVERSED and the cause REMANDED to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings in accordance with its opinion. No costs are assessed as appellees are exempt from payment.

We further order this decision certified below for observance.

March 9, 2023